**Order entered March 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00008-CV

## TIFFANNY JONES, M.D. AND TJONESIVFMD, PLLC, Appellants

## V.

## FRISCO FERTILITY CENTER, PLLC, D/B/A DALLAS IVF, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02739-2020**

### ORDER
Before Justices Molberg, Nowell, and Goldstein

Before the Court is appellee's March 14, 2022 "Third Emergency Rule 29.3 Motion: Enforcement of Temporary Injunction Against Appellants." We request a response, if any, from appellants by March 21, 2022.

/s/     KEN MOLBERG
JUSTICE